# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**CAROLYN COLEY,**

    **Plaintiff,**

**v.**                                               **Case No.  8:05-cv-136-T-30MAP**

**METROPOLITAN LIFE INSURANCE COMPANY,**

    **Defendant.**
_____/

## **ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation of Dismissal With Prejudice (Dkt. #17).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear its own costs and attorney's fees.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on October 31, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-136.dismissal.wpd